417 A.2d 775

Tyson v. Tyson, Appellant.

Argued April 9, 1979. W. Theodore Brooks, for appellant; Robert S. Whitehill, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

The order of the Court of Common Pleas of Allegheny County, Family Division, dated January 3, 1978, is affirmed.